```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 3 0 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
                                                :
GARY B. ZUCK,                                   :
                                                :   12 Civ. 6372 (KBF)
                        Plaintiff,              :
                                                :   ORDER
            -v-                                 :
                                                :
SMITHKLINE BEECHAM CORPORATION d/b/a            :
GLAXOSMITHKLINE LLC (GSK) and JOHN DOES 1       :
through 3,                                      :
                                                :
                                                :
                        Defendants.             :
------------------------------------------------X

KATHERINE B. FORREST, District Judge:

   IT IS HEREBY ORDERED that the parties shall inform the Court by letter no later than September 7, 2012, if either of them intend to move to transfer the above-captioned action to the coordinated pretrial proceedings, captioned In re Avandia Marketing, Sales Practices and Products Liability Litigation, MDL 1871 (E.D. Pa.).

        SO ORDERED:

Dated:      New York, New York
            August 30, 2012

                                    _____
                                    KATHERINE B. FORREST
                                    United States District Judge